# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1550

_____

Donald D. Nelson,                    *
                                     *
            Appellant,               *
                                     *   Appeal from the United States
      v.                             *   District Court for the Northern
                                     *   District of Iowa.
Thomas J. Vilsack, Governor;         *
Tim Hurley, Mayor; Mike Kubick,      *   **[UNPUBLISHED]**
Sheriff,                             *
                                     *
            Appellees.               *

_____

Submitted:  September 2, 2004
Filed:  September 8, 2004

_____

Before WOLLMAN, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Donald Nelson (Nelson) appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record de novo, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude the district court properly dismissed the complaint, see 28 U.S.C. § 2254(b)(1)(A); Heck v. Humphrey, 512 U.S. 477, 486-87 (1994); West v. Atkins,

_____

[1]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

487 U.S. 42, 48 (1988); Preiser v. Rodriguez, 411 U.S. 475, 499-500 (1973). However, we believe the dismissal should be without prejudice. See Sheldon v. Hundley, 83 F.3d 231, 234 (8th Cir. 1996). Accordingly, we modify the district court's judgment to be without prejudice, and affirm. See 8th Cir. R. 47B. We also deny Nelson's request for appointment of appellate counsel.

_____